UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

JS-6

| | | | |
|---|---|---|---|
| Case No. | **CV 16-7440 DMG** | Date | October 25, 2016 |
| Title | *Charles G. Kinney v. Philip Gutierrez* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER DISMISSING ACTION**

The Court incorporates its articulation of the doctrine of judicial immunity from the Order to Show Cause ("OSC") that it issued on October 12, 2016. [Doc. # 7.] *Pro se* Plaintiff Charles G. Kinney's OSC response inadequately addresses the Court's concerns. *See* Doc. # 8 at 7-8 (characterizing Judge Gutierrez's actions as "administrative" (i.e., non-judicial) omissions). Contrary to Kinney's contention, the allegations against Judge Gutierrez involve actions taken in his judicial capacity. Accordingly, because the doctrine of judicial immunity bars Kinney's suit, this case is **DISMISSED with prejudice**.

**IT IS SO ORDERED.**